United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 21, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-10309
Conference Calendar

_____

LARRY LEE BUTLER,

Plaintiff-Appellant,

versus

R. CLOUD, ID #3221, Fort Worth Police Department;
NFN MARTINEZ, ID #3156, Fort Worth Police Department;
NFN BELL, ID #3146, Fort Worth Police Department;
NFN WALKER, Sergeant, Fort Worth Police Department,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:02-CV-756
--------------------

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:[*]

Larry Lee Butler, Texas prisoner # 116378, appeals the district court's denial of his motion for appointment of counsel in this 42 U.S.C. § 1983 action alleging excessive force, deprivation of property, false imprisonment, and malicious prosecution. He also requests the appointment of counsel. Butler contends that he is a layman of law and that the ends of justice require counsel be appointed to represent him.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Butler has not shown exceptional circumstances warranting the appointment of counsel. <u>See</u> <u>Feist v. Jefferson County Comm'rs Court</u>, 778 F.2d 250, 253 (5th Cir. 1985); <u>Ulmer v. Chancellor</u>, 691 F.2d 209, 212-13 (5th Cir. 1982). Therefore, the district court did not abuse its discretion in denying the motion for the appointment of counsel.

Butler's motion for appointment of counsel is denied.

AFFIRMED; MOTION DENIED.